UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO.: 1:08-CR-67-TLS |
| | ) | |
| DARNAY D. WILSON | ) | |

**OPINION AND ORDER**

On May 29, 2012, the Court entered an Opinion and Order [ECF No. 64] denying the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by the Defendant, Darnay D. Wilson. The Defendant filed a Motion for Enlargement of Time Pursuant to Federal Rule of Civil Procedure 6(b) [ECF No. 68] on May 13, 2013. Because his Motion did not indicate in what manner the Defendant believed he could challenge the Court's May 29, 2012, Opinion and Order, because his request was vague, and because it appeared that he had no basis to respond to the Court's entry of final judgment, the Court denied his Motion for Enlargement of Time in an Opinion and Order [ECF No. 69] dated May 20, 2013.

Presently before the Court is a Letter [ECF No. 70] filed by the Defendant on September 23, 2013. In his Letter, the Defendant, who is incarcerated in Pennsylvania, states that he desires to marry his fiancee, who lives in Nebraska. He asks the Court to provide him legal advice concerning the proper procedure to get married in Pennsylvania, and his Letter includes specific questions about a proxy marriage.

The Court cannot give the Defendant legal advice. *See Grzanecki v. Bravo Cucina Italiana*, 408 F. App'x 993, 996 (7th Cir. 2011) (approving the district court's refusal to provide legal advice to a pro se party); *Brown v. Sanders*, No. 4:11-CV-026, 2011 WL 1832924, at *2

(N.D. Ind. May 13, 2011) (stating that the court "may not give [a pro se party] legal advice"); *Washington v. Jess*, No. 08-CV-111, 2008 WL 5191250, at *1 (E.D. Wis. Dec. 11, 2008) (declining to give a pro se party legal advice). The Court recommends that the Defendant seek the advice of an attorney licensed to practice in Pennsylvania, whether one provided through the Bureau of Prisons or private counsel.

For the reasons discussed, the Court DENIES the request for legal advice contained in the Defendant's Letter [ECF No. 70].

SO ORDERED on September 26, 2013.

                                           s/ Theresa L. Springmann
                                           THERESA L. SPRINGMANN
                                           UNITED STATES DISTRICT COURT